IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 07-038 |
| RONIER ROBERT KENNEDY | : |

**FILED**
MAY - 9 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 9th day of May, 2011, upon consideration of the Defendant's Motion to Withdraw Guilty Plea and the government's response thereto, it is hereby

**ORDERED**

that defendant's request is denied. *A Memorandum will be filed shortly.*

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*