# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| RONIER ROBERT KENNEDY | : | NO. 07-38-06 |

## ORDER

AND NOW, this 13th day of May, 2011, upon consideration of Defendant Ronier Robert Kennedy's Motion to Withdraw Guilty Plea (ECF No. 698) and Brief on Law of Plea Withdrawal in a "C" Plea Case (ECF No. 720), and following a hearing held on April 20, 2011, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\07-38-06 Kennedy, US v\Kennedy Order Withdraw Plea.wpd